# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## <u>JUDGMENT IN A CIVIL CASE</u>

**Helen Curcie**

      vs.               **CASE NUMBER:    5:09-CV-947 (GTS/GHL) (LEAD)**

**Ovadia Avraham and Trans World Securities, LLC**
...................................................................................

**Ovadia Avraham and Trans World Securities, LLC**

      vs.               **CASE NUMBER:    5:09-CV-1098 (GTS/GHL) (MEMBER)**

**Helen Curcie**
...................................................................................

**Decision by Court.**    This action came to hearing before the Court.
                          The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Helen Curcie's Motion to Confirm the Arbitration Award is GRANTED, further Ordered that Curcie's Motion for Attorney's Fees is GRANTED.

That Ovaida Avraham's Motion to Vacate the Arbitration Award is DENIED. Judgment is hereby entered in favor of Helen Curcie and against Ovadia Avraham and Trans World Securities, LLC in the amount of $218,410.00 plus 5% interest pursuant to the terms of the Note, from the date of filing of the Statement of Claim until paid, plus 9% statutory interest from the date of filing of the Statement of Claim until paid, plus attorney's fees in the amount of $25,000.00, pursuant to the terms of the Note.  The Court reserves decision on Curcie's request for costs and disbursements.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 23rd day of December, 2009.

DATED: December 23, 2009

*Laurence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk